Emma E. Claus, appellee, v. Mutual Life Insurance Company of New York, appellant. Gen. No. 32,103.

Action to recover on life insurance policy as for accidental death, due to mistakenly taking poison. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Freeman L. Fairbank, Judge, presiding. Heard in the third division of this court for the

first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928. Rehearing denied February 21, 1928.

Winston, Strawn & Shaw, for appellant; Harold A. Smith, of counsel. A. H. Brown, for appellee.

Mr. Justice Wilson delivered the opinion of the court.